PHILOMENA DESIR,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and MIAMI
JUICE INC.,

     Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3069

_____/

Opinion filed September 12, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Philomena Desir, pro se, Appellant.

Norman A. Blessing, General Counsel, and Cristina A. Velez, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.